No. 11–0400/AR. U.S. v. Michael T. McNaughton. CCA 20090596. Appellant's motion to extend time to file a supplement to the petition for grant of review granted to October 29, 2012.

No. 11–0497/MC. U.S. v. Desmond J. Horton. CCA 201000481. LT Toren G. Mushovic's motion to withdraw as appellate defense counsel is granted.

No. 12–0486/AR. U.S. v. Jeremey C. Clifton. CCA 20091092. Appellee's motion to file a supplemental joint appendix is granted.

No. 12–8027/AR. Center for Constitutional Rights, et al., Appellants v. United States and Colonel Denise Lind, Military Judge, Appellees. CCA 20120514. Appellant's motion for leave to file a response to Appellee's supplemental citation of authority is granted.

No. 13–0043/AR. U.S. v. Jaime E. Salas. CCA 20100707. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 25, 2012.

No. 13–0044/AF. U.S. v. Amy R. Shook. CCA 37593. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 25, 2012.

